AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

UNUM LIFE INSURANCE COMPANY OF AMERICA
    Plaintiff

        v.          Civil Action No. 3:23-cv-782

KRISTOFER D LINDE
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the plaintiff *(name)* UNUM Life Insurance Company of America recover from the defendant *(name)* Kristofer D Linde the amount of Eighty One Thousand, Eight Hundred Fifty and 00/100 dollars ($ 81,850.00 ), plus post-judgment interest at the rate of 5.38% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

**X** Other: JUDGMENT IS ENTERED in favor Plaintiff, UNUM Life Insurance Company of America and against the Defendant Kristofer D Linde. Commencing on November 15, 2023, and every month thereafter, Defendant Kristoffer D Linde shall make the Payments to Plaintiff in the monthly amount of Three Hundred Dollars ($300.00). Defendant shall perform all functions and complete whatever documents are necessary to accomplish the Payments by the designated deadlines.

Plaintiff is awarded execution for the collection of the judgment.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by Judge Damon R Leichty on Stipulation of Facts and Proposed Judgment

DATE: 11/9/2023          CHANDA J. BERTA, CLERK OF COURT

         by    /s/ S. Kowalsky
         *Signature of Clerk or Deputy Clerk*